BEFORE THE SECOND DIVISION, AUGUST 16, 1938

No. 39221.—Protests 630263–G, etc., of Jordan Marsh Co. (Boston).

Opinion by TILSON, J. On the record presented it was found that the merchandise consists of outerwear in chief value of wool similar to that involved in Abstract 36548. The claim under paragraph 1114 was therefore sustained.

No. 39222.—Protest 421170–G of New York Merchandise Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain items consist of articles in chief value of glass similar to those involved in Paramount Bead Corp. v. United States (19 C. C. P. A. 385, T. D. 45522). The claim at 55 percent under paragraph 218 was therefore sustained.

No. 39223.—Protests 359001–G, etc., of Kallman & Cohn et al. (New York).

Opinion by TILSON, J. On the record presented the merchandise in question was held dutiable at 60 percent under paragraph 31 as claimed. Abstract 37230 followed.

No. 39224.—Protests 108242–G, etc., of G. Sidenberg & Co. et al. (New York).

Opinion by TILSON, J. On the record presented the merchandise in question was held dutiable at 60 percent under paragraph 31 as claimed. Abstract 37230 followed.

No. 39225.—Protests 249291–G, etc., of Gimbel Bros., Inc., et al. (New York).

Opinion by TILSON, J. From the record it was found that the merchandise consists of allovers, hats, and other articles in chief value of cellulose filaments similar to those involved in Amberg v. United States (T. D. 46204) and Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

AUGUST 11, 1938

No. 39226.—SUIT 4141.——George G. Wislar v. United States. T. D. 49170 affirmed.